*ALBANY,*
*January, 1818.*

MATTER OF
COOK.

Motion granted.

----- ◦ ❋ ◦ -----

## In the matter of E. COOK, an insolvent debtor.

ON a question, referred to the court by one of the judges of the court of common pleas of *Madison* county, as to the insufficiency of the following affidavit of a creditor of an insolvent debtor, to wit, " *Madison* county, ss. *J. S.* of, &c. maketh oath, that the sum of 223 dollars, subscribed to the petition of *E. C.* an insolvent debtor, hereunto annexed, is justly due to this deponent from the said insolvent, on a note of hand given by the said *E. C.* to this deponent, on a settlement of accounts between us ;" *The Court* said, that the affidavit was insufficient. That the nature of the account on which the settlement took place, or the general ground of indebtedness, ought to be set forth in the affidavit.

Affidavit of petitioning creditor of an insolvent debtor.

END OF JANUARY TERM.

# CASES

ARGUED AND DETERMINED

IN THE

## SUPREME COURT OF JUDICATURE

OF THE

## STATE OF NEW-YORK,

IN MAY TERM, 1818, IN THE FORTY-SECOND YEAR OF OUR
INDEPENDENCE.